# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1721-CBS

ALBERTO Q. ROMERO, a.k.a. "Loco"
JORGE A. ROMERO;
FNU LNU, a.k.a. "Willie"; and
JOSE M. GONZALEZ-PADILLA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about May 2005 through July 25, 2005 in Suffolk county, in the District of Massachusetts and elsewhere, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally conspire with one and other and with other persons unknown, to distribute five kilograms or more of cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) 841(a)(1), (b)(1)(A)(ii) and 846.

I further state that I am a(n) **Drug Enforcement Administration** and that this complaint is based on the following facts:
                             Official Title

**See Attached Affidavit of TFA Joao Monteiro**

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No

Signature of Complainant
**Joao Monteiro**
Task Force Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

July 25, 2005                    at    Boston, Massachusetts
Date                                   City and State

**HON. CHARLES B. SWARTWOOD III**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer     Signature of Judicial Officer